UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINE ONOKHANA DAKO-MACHARRY, :

          Plaintiff,     :     18 Civ. 3864 (GWG)

-v.-     :     <u>ORDER</u>

ISAIAH IMMANUEL ICART, et al.,     :

          Defendant.     :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    A trial as to liability only will take place on January 6, 2020. The procedures outlined in Docket # 32 will apply. On the first day of trial Counsel should arrive in Courtroom 6-B at 9:30 a.m. Witnesses for plaintiff must be prepared to testify starting at 12 noon.

    Plaintiff's application regarding the amending of the pretrial order to include an additional witness, raised in the telephone conference today, shall be filed by January 21, 2020.

    SO ORDERED.

Dated: November 13, 2019
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge